IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARK LANGFORD,

    Petitioner,

v.

WARDEN, ROSS
CORRECTIONAL INSTITUTION,

    Respondent.

CASE NO. 2:12-CV-0096
CHIEF JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE KEMP

## ORDER

Respondent has filed a *Motion to Dismiss Petition for Lack of Jurisdiction*, requesting dismissal of the § 2254 petition as moot. (Doc. 45.) However, the docket indicates that this case is closed. On June 25, 2013, the Court issued a *Judgment* conditionally granting the petition for a writ of habeas corpus on Petitioner's second claim for relief and dismissing the remainder of Petitioner's claims. (Doc. 25.) On November 12, 2014, the United States Court of Appeals for the Sixth Circuit affirmed the *Judgment* of this Court. (Doc. 35.) On May 30, 2017, the United States Supreme Court denied the petition for a writ of *certiorari*. (Doc. 44.) No matter remains pending before this Court.

Therefore, Respondent's *Motion to Dismiss Petition for Lack of Jurisdiction* (Doc. 45) is **DENIED.**

**IT IS SO ORDERED.**

                                                  6-14-2017
                                      EDMUND A. SARGUS, JR.
                                      Chief United States District Judge